UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14- |
| | ) | |
| HAKIM J. SUTTON, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court pursuant to Fed. R. Crim. P. 6(e)(4) to direct the Clerk of the Court to seal all records in this case, including the Indictment, the arrest warrant, this motion to seal, and the order to seal. As discussed below, the disclosure of the existence of these records at this time may hinder or impede the ongoing investigation of this matter.

The defendant in this case has been indicted on a fourteen-count Indictment charging him with wire fraud, tax evasion, willful failure to file a tax return, knowingly filing false or misleading campaign finance reports, and theft in the first degree, as well as criminal forfeiture allegations. Law enforcement officials believe that the defendant is unaware of the Indictment and that the disclosure of the Indictment and the arrest warrant in the public record may hinder efforts to apprehend the defendant, result in flight from prosecution, tampering with or destruction of evidence, and/or witness interference or intimidation. Such premature public disclosure may compromise the ongoing investigation and may undermine the development of evidence in this case.

Accordingly, the government submits that there is a compelling governmental interest in maintaining the records in this case under seal at this time. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir 1991).

WHEREFORE, the Government respectfully requests that this motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
Bar No. 447889
United States Attorney

By: _____
BRYAN SEELEY
DAVID A. LAST
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
202.252.7822 (Seeley)
202.252.7020 (Last)
Bryan.Seeley@usdoj.gov
David.Last@usdoj.gov

Dated: February 21, 2014