UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-32 (RJL) |
| | ) | |
| HAKIM J. SUTTON, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court pursuant to Fed. R. Crim. P. 6(e)(4) to direct the Clerk of the Court to unseal all records in this case, including the Indictment, the arrest warrant, the motion to seal, the order to seal, and this motion to unseal.

The government initially moved to seal the Indictment and the arrest warrant because law enforcement officials believed disclosure of these items could hinder efforts to apprehend the defendant. Attempts to locate the defendant and arrest him have thus far proved unsuccessful, however. Attempts to get the defendant to turn himself in voluntarily have also proved unsuccessful.

The government now believes that making the indictment and arrest warrant known to the public may actually aid in the apprehension of the defendant. There is no longer a compelling governmental interest in maintaining the records in this case under seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir 1991). All records should be unsealed.

WHEREFORE, the Government respectfully requests that this motion be granted.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    Bar No. 447889
    United States Attorney

By: _____
    BRYAN SEELEY
    DAVID A. LAST
    Assistant United States Attorneys
    Fraud & Public Corruption Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    202.252.7822 (Seeley)
    202.252.7020 (Last)
    Bryan.Seeley@usdoj.gov
    David.Last@usdoj.gov

Dated: March 6, 2014